158 A.3d 1178

JANICE KOCHANOWICZ, PLAINTIFF–PETITIONER, v. MONICA KOCHANOWICZ ROTH, DAVID ROTH AND MONRO HOLDINGS, LLC, DEFENDANTS–RESPONDENTS.

January 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003051–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.